AMBROSE J. MCNAMARA, Plaintiff, v. HERBERT S. POWELL et al., Defendants.

Present —
Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.